## JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326.3668
knugent@jonesday.com

July 17, 2025

<u>VIA ECF</u>

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re: <u>*Katlyn Beattie v. ABG Juicy Couture, Inc.*</u>
<u>Civil Action No. 1:25-cv-04463-KPF (S.D.N.Y.)</u>

Dear Judge Failla:

Defendant ABG Juicy Couture, LLC (erroneously sued and served as ABG Juicy Couture, Inc.) ("Juicy Couture") writes pursuant to Section 1(C) of your Honor's Individual Practices to request that its obligation to answer, move, or otherwise respond to the Complaint be stayed pending the resolution of its forthcoming motion to compel arbitration. Plaintiff consents to this request.

Earlier this week, Juicy Couture filed a letter motion that made two requests. Juicy Couture first requested an extension of time to respond to answer, move, or otherwise respond to the Complaint, until and including July 25, 2025, [ECF No. 12], which the Court granted [ECF No. 13]. Juicy Couture also requested an order staying its obligation to answer, move, or otherwise respond to the Complaint pending the resolution of its forthcoming motion to compel arbitration. The Court did not address this request.

Juicy Couture renews that request herein. In light of Juicy Couture's forthcoming motion to compel arbitration and because the Court has wide discretion to control its docket and to enlarge periods of time established by the Federal Rules or its prior orders, *see* Fed. R. Civ. P. 6(b), 16, good cause exists to stay Juicy Couture's obligation to respond to the Complaint pending the resolution of the motion to compel arbitration. *See Horton v. Dow Jones & Co., Inc.*, 804 F. App'x 81, 84 (2d Cir. 2020) (approvingly noting district court's decision to "adjourn[] [the defendant's] deadline to answer the complaint sine die pending resolution of its motion to compel arbitration").

As noted, Plaintiff consents to staying Juicy Couture's obligation to answer, move, or otherwise respond to the Complaint pending the resolution of the motion to compel arbitration.

**JONES DAY**

Respectfully submitted,

*/s/ Katherine E. Nugent*
Katherine E. Nugent

*Counsel for ABG Juicy Couture, LLC*

cc: All counsel of record (via ECF)

---

Application GRANTED.  Defendant's obligation to answer, move, or otherwise respond to the Complaint is stayed, pending this Court's resolution of Defendant's forthcoming motion to compel arbitration.

In light of Defendant's representation that such a motion is forthcoming, and Plaintiff's consent to Defendant's request to stay its obligation to respond to the Complaint, the Court ADJOURNS the conference currently scheduled for August 20, 2025, *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated:     July 18, 2025            SO ORDERED.
           New York, New York

                                    *[signature: Katherine Polk Failla]*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE

2